## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CR 00-0131-FMO-1** | Date | February 18, 2020 |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |
| Interpreter | None Present |

| Vanessa Figueroa | None Present | Lawrence S. Middleton, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JULIO A. ALCARAZ | NOT | X | | William J. Gengo, Retained | NOT | | X |

**Proceeding**    **(In Chambers) ORDER Re: Non-Party Selvin Carranza's Request for Discovery**

Having reviewed non-party Selvin Carranza's ("Carranza") "Motion Requesting to Unseal all Sealed Documents Regarding Julio A. Alcaraz's Sentencing and Requesting to Keep Under Seal My Request to Unseal these Documents," (Dkt. 104, "Motion"), the court concludes as follows.

Carranza is a non-party in this action. (See, generally, Dkt.). As such, he cannot file motions in this case. It appears that Carranza seeks to challenge his state court conviction. (See Dkt. 104, Motion at 2-4). To do so, he can file a petition for writ of habeas corpus. See 28 U.S.C. § 2254(a) ("The Supreme Court, a Justice thereof, a circuit judge, or a district court shall entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."). Habeas corpus petitions are the proper vehicle for collateral attack of state court convictions. See id. If Carranza files a habeas corpus petition and upon a showing of good cause, he can request discovery of documents to support his claims. Rule 6(a) of the Rules Governing § 2254 Cases in the United States District Courts ("A judge may, for good cause, authorize a party to conduct discovery under the Federal Rules of Civil Procedure and may limit the extent of discovery.").

Based on the foregoing, IT IS ORDERED THAT the Motion **(Document No. 104)** is **stricken**.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Deputy Clerk | | vdr |